U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 1 2004
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, GOLDSTEIN/HABEEB ENTERTAINMENT, INC., and CHEATERS, LTD., Plaintiffs | § § § § § § | 3 04 CV - 677 - P<br>CAUSE NO. _____ |
| vs. | § § | |
| TOMMY HABEEB Defendant | § § | |

## CERTIFICATE OF INTERESTED PERSONS

Timothy W. Sorenson, Attorney for Robert N. Goldstein, and hereby certifies that the following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of this case:

Robert N. Goldstein
Goldstein/Habeeb/McCalmont Entertainment, Inc.
Cheaters, Ltd.
Tommy Habeeb

Respectfully submitted,

_____
Timothy W. Sorenson, Esquire
State Bar No. 18848400
1717 Main Street, Suite 5500, LB 49
Dallas, Texas 75201
Ph: (214) 698-8599
Fax: (214) 698-5999
**Attorney for Robert N. Goldstein, Plaintiff**

Joined by:

*/s/ Norton Rosenthal*

Norton Rosenthal
Texas Bar No. 17281520
1717 Main Street, Suite 5500
Dallas, Texas 75201
Ph: (214) 743-4150
Fax: (214) 743-4151
Attorney for Plaintiff, Cheaters, Ltd.

PAUL M. HOOD, P.C.

By: _____
    Paul M. Hood
    Texas Bar No. 09943440

1717 Main Street, Suite 5500
Dallas, Texas 75201
Ph: (214) 373-3214
Fax: (214) 373-0843
Attorney for Plaintiff,
Goldstein/Habeeb/McCalmont Entertainment, Inc.

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: *Alison Moore by Timothy W. Sorenson w/ permission*
    Alison H. Moore
    State Bar No. 09836500

Plaza of the Americas
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Ph:(214) 871-8200
Fax: (214) 871-8209
Attorney for Timothy W. Sorenson