# UNITED STATES DISTRICT COURT

Northern District of Texas

Robert N. Goldstein, Goldstein/Habeeb
Entertainment, Inc. and Cheaters, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Tommy Habeeb

CASE NUMBER: 3-04-CV-677-P

TO: (Name and address of Defendant)

Tommy Habeeb
3317 McKinney, Apartment #201
Dallas, Texas 75204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy W. Sorenson
1717 Main Street, Suite 4050
Dallas, Texas 75201-4639

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

CLERK  /s/ Amanda Shell

DATE  4-7-04

(By) DEPUTY CLERK