

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, <br> GOLDSTEIN/HABEEB <br> ENTERTAINMENT, INC., and <br> CHEATERS, LTD., <br>         Plaintiffs | § § § § § § | |
| vs. | § § § | CAUSE NO. 304CV-677-P |
| TOMMY HABEEB, <br>         Defendant. | § § § | |

### DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTION WITH BRIEF OF AUTHORITIES

COMES NOW, Tommy Habeeb ("Defendant"), and files this his Answer in response to Plaintiffs' Complaint For Preliminary and Permanent Injunction With Brief of Authorities (the "Complaint"), and in support of would respectfully show the Court the following:

I.

1. Defendant admits the allegations in Paragraph 1.01 of Plaintiffs' Complaint.

2. Defendant admits the allegations in paragraph 1.02 of Plaintiffs' Complaint.

3. Defendant admits that this Court had jurisdiction in the first proceeding and denies all other allegations in paragraph 2.01 of Plaintiffs' Complaint.

3  Defendant denies the allegations in paragraph 2.02 of Plaintiffs' Complaint.

4. Defendant denies the allegations in paragraph 2.03 of Plaintiffs' Complaint.

5. Defendant admits the allegations in paragraph 3.01 of Plaintiffs' Complaint.

6. Defendant admits the allegations in paragraph 3.02 of Plaintiffs' Complaint.

7. Defendant admits the allegations in paragraph 3.03 of Plaintiffs' Complaint.

8. Defendant denies that he filed suit against Plaintiffs in the State Court Action in his individual capacity. Defendant admits that he caused a shareholder derivative suit to be filed against Plaintiffs and Plaintiffs' attorney.

9. Defendant lacks sufficient knowledge to admit or deny the allegations in paragraph 3.05 of Plaintiffs' Complaint.

10. Defendant admits the allegations in paragraph 3.06 of Plaintiffs' Complaint.

11. Defendant denies the allegations in paragraph 3.07 of Plaintiffs' Complaint.

12. Defendant admits that documents were exchanged but otherwise denies the allegations in paragraph 3.08 of Plaintiffs' Complaint.

13. Defendant denies the allegations in paragraph 3.09 of Plaintiffs' Complaint.

14. Defendant denies the allegations in paragraph 3.10 of Plaintiffs' Complaint.

15. Defendant admits the allegations in paragraph 4.01 of Plaintiffs' Complaint.

16. Defendant admits the allegations in paragraph 4.02 of Plaintiffs' Complaint.

17. Defendant admits the allegations in paragraph 4.03 of Plaintiffs' Complaint.

18. Defendant admits the allegations in paragraph 4.04 of Plaintiffs' Complaint.

19. Defendant denies the allegations in the final two sentences of paragraph 4.05 of Plaintiffs' Complaint. Defendant admits all other allegations in paragraph 4.05 of Plaintiffs' Complaint.

20. Defendant admits the allegations in paragraph 4.06 of Plaintiffs' Complaint.

21. Defendant admits the allegations in paragraph 4.07 of Plaintiffs' Complaint.

22. Defendant admits the allegations in the second sentence of Paragraph 4.08 of Plaintiffs'

Complaint, and denies all other allegations in Paragraph 4.08 of Plaintiffs' Complaint.

23. Defendant denies the allegations in paragraph 4.09 of Plaintiffs' Complaint.

24. Defendant admits the allegations in paragraph 4.10 of Plaintiffs' Complaint.

25. Defendant denies the allegations in paragraph 5.01 of Plaintiffs' Complaint.

26. Defendant denies the allegations in paragraph 5.02 of Plaintiffs' Complaint.

27. Defendant denies the allegations in paragraph 5.03 of Plaintiffs' Complaint.

28. Defendant denies the allegations in the final two sentences of paragraph 5.04 of Plaintiffs' Complaint and admits all other allegations therein.

29. Defendant denies the allegations in paragraph 5.05 of Plaintiffs' Complaint.

30. Defendant admits the allegations in the first sentence of paragraph 5.06 of Plaintiffs' Complaint and denies all other allegations therein.

31. Defendant denies the allegations in paragraph 5.07 of Plaintiffs' Complaint.

32. Defendant denies the allegations in paragraph 5.08 of Plaintiffs' Complaint.

33. Defendant denies the allegations in paragraph 5.09 of Plaintiffs' Complaint.

34. Defendant opposes the relief requested in paragraph 6.01 of Plaintiffs' Complaint.

35. Defendant opposes the relief requested in paragraph 6.02 of Plaintiffs' Complaint.

36. Defendant opposes the relief requested in paragraph 6.03 of Plaintiffs' Complaint.

37. Defendant opposes the relief requested in paragraph 6.04 of Plaintiffs' Complaint.

38. Defendant denies all further allegations in Plaintiffs' Complaint and opposes any and all relief sought by Plaintiff in the remaining paragraphs of the Complaint.

## Affirmative Defenses

39. Defendant hereby asserts the affirmative defense of lack of subject matter jurisdiction.

Respectfully submitted,

**BERGMAN & BIRD, L.L.P.**



Andrew A. Bergman
State Bar No. 02196300
Paul A. Sartin
State Bar No. 24034668
4514 Travis Street
Travis Walk, Suite 300
Dallas, Texas 75205
Telephone (214) 528-2444
Facsimile  (214) 599-0602

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I, Andrew A. Bergman, do hereby certify that a true and correct copy of the foregoing document has been served on the following via the method indicated on this the 27th day of April, 2004.

Andrew A. Bergman

Timothy W. Sorenson          *Via CMRRR #7002 3150 0000 0679 1805*
1717 Main Street
Suite 5500, LB#49
Dallas, Texas 75201

Norton Rosenthal          *Via CMRRR #7002 3150 0000 0679 1812*
1717 Main Street
Suite 5500
Dallas, Texas 75201

Alison Moore          *Via CMRRR #7002 3150 0000 0679 1829*
Thompson Coe Cousins & Irons, LLP
700 North Pearl Street, 25th Floor
Dallas, Texas 75201

Paul M. Hood          *Via CMRRR #7002 3150 0000 0679 1836*
1717 Main Street, Suite 5500
Dallas, Texas 75201