IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 9 2004
CLERK, U.S. DISTRICT COURT
By _____
         Deputy

| | |
|---|---|
| ROBERT N. GOLDSTEIN, GOLDSTEIN/HABEEB ENTERTAINMENT, INC., and CHEATERS, LTD., <br> Plaintiffs <br><br> vs. <br><br> TOMMY HABEEB <br> Defendant | § § § § § § § § § § § <br><br> CAUSE NO. 3-04CV-677-P |

## ORDER EXTENDING TIME TO RESPOND

Plaintiffs have moved for leave to extend the time in which they may file their response to the Defendant's motion for summary judgment until 4:30 P.M. on June 30, 2004. The Court is of the opinion that such extension should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs herein shall have until 4:30 P.M. on June 30, 2004, to respond to the Motion for Summary Judgment filed by Defendant.

SIGNED this 29th day of June, 2004.

_____
JUDGE PRESIDING