U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 19 2004

CLERK, U.S. DISTRICT COURT
By _J. Shipley_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

## SPECIAL ORDER NO. 3-238

Effective July 19, 2004, the cases listed on Exhibit A attached to this Order are transferred from the docket of Honorable Jorge A. Solis to the docket of Honorable Jane J. Boyle and shall henceforth carry the suffix letter "B."

The clerk of court will notify counsel by providing to each counsel a copy of this Order with attached exhibit.

SO ORDERED:    July 19, 2004

_____
A. JOE FISH, CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

*Exhibit A*

## CASES TO BE TRANSFERRED
## FROM THE DOCKET OF JUDGE JORGE A. SOLIS
## TO JUDGE JANE J. BOYLE

| | CASE # | SHORT STYLE |
|---|---|---|
| 1. | 3:02-CV-1668 | A.L. Marshall v. Chief of Police |
| 2. | 3:02-CV-2746 | Dallas County Hospital v. Aetna |
| 3. | 3:03-CV-0322 | Reed v. Comerica Securities |
| 4. | 3:03-CV-0388 | Hughes v. Aerofit Prod. |
| 5. | 3:03-CV-0387 | Florence v. Frontier Airlines |
| 6. | 3:03-CV-0572 | Margolies v. Deason |
| 7. | 3:03-CV-1023 | Smith v. TYCO and Lucent |
| 8. | 3:03-CV-1145 | Mercado Azteca v. City of Dallas |
| 9. | 3:03-CV-1207 | Continental Casualty v. Dr. Pepper |
| 10. | 3:03-CV-1257 | Petrox Energy v. Union Energy |
| 11. | 3:03-CV-1351 | Fogo De Chao v. Fogo E Brasa |
| 12. | 3:03-CV-1355 | Milkie v. Extreme Networks |
| 13. | 3:03-CV-1665 | Examination Mgmt. v. Partners |
| 14. | 3:03-CV-1804 | Dallas Wayne Scott v. Sims, et al. |
| 15. | 3:03-CV-2035 | Vaughn v. Crothall Healthcare, Inc. |
| 16. | 3:03-CV-2354 | Moore v. Baylor Healthcare Sys. |
| 17. | 3:03-CV-2830 | Azoteq v. Photonlight |
| 18. | 3:03-CV-2873 | Blankenship, Jr. v. Erin Truckways |
| 19. | 3:03-CV-3050 | McCoy v. Exhibitgroup/Giltspur |
| 20. | 3:04-CV-0133 | dPi Teleconnect v. Pick |
| 21. | 3:04-CV-0152 | Alford v. Diane Reed |
| 22. | 3:04-CV-0170 | Pick v. Pikoff, Dorwart, et al. |
| 23. | 3:04-CV-0381 | Levy v. City of Rio Grande City |
| 24. | 3:04-CV-0302 | Citicapital v. First Nat'l. Bank |
| 25. | 3:04-CV-0399 | Walker v. Garland ISD |
| 26. | 3:04-CV-0616 | Ward v. Merck, et al. |
| 27. | 3:04-CV-0677 | Goldstein v. Habeeb |
| 28. | 3:04-CV-0759 | Robertson v. Foot & Ankle Assocs. |
| 29. | 3:04-CV-1048 | Greenwell v. Nemeth |
| 30. | 3:04-CV-1177 | Fluharty v. Lewis, Rice & Fingersh |
| 31. | 3:04-CV-1206 | Johnson v. Frito-Lay |
| 32. | 3:04-CV-1228 | Meile v. Blockbuster |
| 33. | 3:04-CV-1254 | Quickview Sys. v. Belo Interactive |