U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 1 8 2004
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, GOLDSTEIN/HABEEB ENTERTAINMENT, INC., and CHEATERS, LTD., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. 3: 04-CV-00677-B |
| TOMMY HABEEB, | § § § | |
| Defendant. | § | |

## ORDER REGARDING TRANSITION

This case was recently transferred to this Court's docket. To provide for an efficient transition, the Court ORDERS as follows:

No scheduling order will be issued in this case until the Court has ruled on the pending summary judgment motions filed by the parties. Once the Court has reviewed and ruled on those motions, the parties will be contacted for input as to an appropriate schedule for the disposition of this case to the extent that issues remain for resolution.

SO ORDERED.

SIGNED August 18th, 2004

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE