ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 31 2005
CLERK, U.S. DISTRICT COURT
By _____
   Deputy

ALL CASES PENDING BEFORE JUDGE BOYLE:

<u>ORDER REQUIRING ALL COUNSEL OF RECORD
AND PRO SE (NON-PRISONER) LITIGANTS TO REGISTER
FOR ELECTRONIC TRANSMISSION NOTICE</u>

All counsel of record and all pro se (non-prisoner) litigants in cases pending before Judge Jane J. Boyle are required to register for electronic transmission (e-mail) notice within thirty (30) days of the date of this order. In addition, all non-dispositive motions filed in Judge Boyle's Court must be accompanied by a proposed order e-mailed to <u>Boyle_Clerk@txnd.uscourts.gov</u> in <u>WordPerfect or Word format.</u> (Modification of Local Rule 7.1(h)). Information about how to register for electronic noticing, can be found on the Northern District of Texas website at <u>http://www.txnd.uscourts.gov/records/ens.html</u>.

SO ORDERED.

January 31st, 2005.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS