IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:04-CV-0677-B |
| | § | |
| TOMMY HABEEB, | § | |
| | § | |
| Defendant. | | |

### ORDER REGARDING MANDATORY ENROLLMENT IN THE ELECTRONIC CASE FILING SYSTEM IN CIVIL CASES PENDING BEFORE JUDGE BOYLE

In an effort to increase the efficiency and convenience of case administration for litigants and the court, Judge Boyle has initiated a project in which **ALL** civil cases pending in her court (except those involving prisoner and pro se litigants) will be required to enroll in the Electronic Case Filing ("CM/ECF") System by **March 31st, 2005.**

As described on the U.S. Courts' internet website:

CM/ECF is the federal courts' case management and electronic case files system. It provides courts enhanced and updated docket management. It allows courts to maintain case documents in electronic form. And it gives each court the option of permitting case documents — pleadings, motions, petitions — to be filed with the court over the Internet. (U. S. Courts website at http://www.uscourts.gov/cmecf/cmecf.html).

Attorneys practicing in courts offering this electronic filing capability are able to file documents directly with the court over the Internet at any time from any location. For more information on the benefits to attorneys using the CM/ECF system, go to the U.S. Courts' internet website at http://www.uscourts.gov/cmecf/cmecf.html and click on "Video: The Attorneys'

1

Perspective." Information regarding the operation of the CM/ECF system in the Northern District of Texas is available on the website for the U.S. Courts for the Northern District of Texas at:

http://www.txnd.uscourts.gov/filing/ecf.html.

ACCORDINGLY, for the foregoing reasons, this case is deemed appropriate for enrollment in the Court's CM/ECF system.

As an CM/ECF case, the electronic record will be the official record in this case. This case will be governed, unless otherwise ordered, by Miscellaneous Order 61, the CM/ECF Civil and Criminal Administrative Procedures Manual, and the CM/ECF User Guide.

In order to facilitate the transition of this case to the CM/ECF system, **all counsel of record** in this case shall:

1. Review Miscellaneous Order Number 61.

2. Review the CM/ECF Civil and Criminal Administrative Procedures Manual.

3. Complete the online attorney tutorial for ECF training.

4. Review the CM/ECF User Guide.

5. Complete the Attorney/User Registration Form and forward it to the Clerk's Office no later than **March 31st, 2005.** If counsel has completed and forwarded a registration form to the Clerk's Office previously, or has been assigned a login and password in the U. S. District Court for the Northern District of Texas no further action is required.

6. Ensure that applicants requesting *Pro Hac Vice* admission as co-counsel in this case **complete steps 1 through 5 of this order**.

Upon receipt of the completed registration forms, the Court will enter an Order designating

2

this case as an CM/ECF case.  **No documents shall be electronically filed prior to the entry of the Order designating this case as an ECF case.**  Questions should be directed to **Autumn Yarnell** at **(214) 753-2160** or the **Help Desk** at **1-(866)-243-2866.**

**Please Note**: The designation of this case as a CM/ECF case and the accompanying requirements are **mandatory.**  Failure to comply within the time frame is sanctionable conduct. Any requests seeking leave to be excluded from this designation must be in written motion form and are subject to referral to a U. S. Magistrate Judge for hearing.[1]

SO ORDERED.

March 10, 2005

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

---

[1] If the Court initially grants an attorney permission to file documents conventionally, the Court may withdraw that permission at any time during the pendency of a case and require the attorney to re-file documents electronically using ECF.  An attorney who is granted permission to file documents conventionally will nevertheless be required to include with traditionally filed papers a disk or CD-ROM containing a portable document format ("PDF") copy of all papers filed with the Court.