UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT N. GOLDSTEIN, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. 3: 04-CV-0677-B |
| § | ECF |
| TOMMY HABEEB, § | |
| § | |
| Defendant. § | |

## ORDER DESIGNATING CASE FOR THE ELECTRONIC CASE FILING SYSTEM "CM/ECF"

The court has decided that this case is suitable for electronic case filing. Accordingly,

1. **ALL further filings** in this case must include the "ECF" designation in the caption of the case as set forth above.

2. The electronic record will be the official court record in this case.

3. This case will be governed, unless otherwise ordered (and as set forth below), by Miscellaneous Order 61, the CM/ECF Civil and Criminal Administrative Procedures Manual, and the CM/ECF User Guide.

4. **Courtesy copies: No** paper copies of electronically filed documents shall be delivered to chambers EXCEPT for copies of dispositive motions and responsive pleadings which shall be noted or stamped as "Judge's Copy" and delivered to CHAMBERS and NOT to the Clerk's Office within three business days of filing.

5. **Proposed Orders** : Proposed orders shall be filed electronically with EVERY motion. (Modification to Local Rule 7.1(c)). Submit **all** proposed orders in a WordPerfect or Word

compatible format for **all** motions filed using the CM/ECF Proposed Orders (Agreed Only) function. The parties may submit orders that are not agreed in spite of "(Agreed Only)" designation.

6.      **Questions:** ECF questions should be directed to **Autumn Yarnell** at **214/753-2160** or the **Help Desk** at **1/866/243-2866**.

**PRIVACY POLICY:   Counsel must ensure that all pleadings filed via the CM/ECF system strictly comply with the privacy policy of the U.S. District Court for the Northern District of Texas. The Court's privacy policy regulates the transmission of private and case sensitive information through the CM/ECF system. The policy is located on the Court's website at http://www.txnd.uscourts.gov/pdf/TXNprivnot.pdf.  ALL litigants must be familiar with the policy which restricts the use and manner of use of certain types of information including; social security numbers, tax identification numbers, minors' names,  birth dates, and financial account numbers, medical records, employment histories, proprietary or trade secret information, crime victim information, national security information, sensitive security information as described in 49 U.S.C. § 114(s), and information regarding an individual's cooperation with the government.**

SO ORDERED.

SIGNED April   13th  , 2005

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE