UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, GOLDSTEIN/HABEEB ENTERTAINMENT, INC., and CHEATERS, LTD., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3: 04-CV-0677-B |
| TOMMY HABEEB, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Court's memorandum order granting Defendant's Motion for Summary Judgment, entered today, it is ORDERED, ADJUDGED, and DECREED that Plaintiffs Robert N. Goldstein, Goldstein/Habeeb Entertainment, Inc. and Cheaters, Ltd. take nothing on their claims against Defendant Tommy Habeeb and that all of Plaintiffs' claims be, and they are hereby, DISMISSED with prejudice. Costs shall be assessed against Plaintiffs in accordance with Rule 54(d), Federal Rules of Civil Procedure.

SO ORDERED.

SIGNED August 26th , 2005

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE